BRYAN T. DAKE
JOSEPH E. THAGGARD
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
Fax: (406) 453-9973
E-mail: bryan.dake@usdoj.gov
       joseph.thaggard@usdoj.gov



FILED

MAR 18 2016

Clerk, U.S. District Court
District Of Montana
Billings

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 16-21-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | SECOND DEGREE MURDER (Count I) Title 18 U.S.C. §§ 1153(a) and 1111 (Penalty: Life imprisonment, $250,000 fine, and five years supervised release) |
| ARIANNE LATRAY, | |
| Defendant. | |

THE GRAND JURY CHARGES:

    That on or about October 3, 2015, near Hays, in the State and District of

Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation,

being Indian Country, the defendant, ARIANNE LATRAY, an Indian person,

1

knowingly and unlawfully killed S.L.S. with malice aforethought, in violation of 18 U.S.C. §§ 1153(a) and 1111.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

*[signature]*

MICHAEL W. COTTER
United States Attorney

*[signature]*

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X_____
Bail: _____

2