IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARIANE LATRAY,<br><br>Defendant. | CR 16-21-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Ariane Latray (Latray) has been accused of violating the conditions of her supervised release. Latray admitted alleged violation 5. Latray denied alleged violations 1, 2, 3 and 4. The Court dismissed alleged violations 1, 2, 3 and 4 on the government's motion. Latray's supervised release should be revoked. Latray should be placed in custody for 12 months and 1 day, with no supervised release to follow. Latray should serve her term of custody at FCI Dublin in Dublin, California.

## II. Status

Latray pleaded guilty to Voluntary Manslaughter on January 18, 2017. (Doc. 61). The Court sentenced Latray to 72 months of custody, followed by

2 years of supervised release. (Doc. 72). Latray's current term of supervised release began on May 2, 2023. (Doc. 107 at 2).

**Petition**

The United States Probation Office filed a Petition on September 1, 2023, requesting that the Court revoke Latray's supervised release. (Doc. 107). The Petition alleged that Latray had violated the conditions of her supervised release: 1) by using buprenorphine on four separate occasions; and 2) by failing to complete her 180-day term at the Great Falls Pre-Release Center.

**Initial appearance**

Latray appeared before the undersigned for her initial appearance on September 5, 2023. Latray was represented by counsel. Latray stated that she had read the petition and that she understood the allegations. Latray waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on September 5, 2023. Latray admitted that she had violated the conditions of his supervised release by failing to complete her 180-day term at the Great Falls Pre-Release Center. The Court dismissed alleged violations 1, 2, 3 and 4 on the government's motion. The

violation that Latray admitted is serious and warrants revocation of Latray's supervised release.

Latray's violation is a Grade C violation. Latray's criminal history category is I. Latray's underlying offense is a Class C felony. Latray could be incarcerated for up to 24 months. Latray could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Latray's supervised release should be revoked. Latray should be incarcerated for 12 months and 1 day, with no supervised release to follow. This sentence is sufficient but not greater than necessary. Latray should serve her term of custody at FCI Dublin in Dublin, California.

### IV. Conclusion

The Court informed Latray that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Latray of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Latray that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose. Latray stated

that she wished to waive her right to object to these Findings and Recommendations, and that she wished to waive her right to allocute before Judge Morris.

The Court **FINDS:**

Ariane Latray violated the conditions of her supervised release by failing to complete her 180-day term at the Great Falls Pre-Release Center.

The Court **RECOMMENDS:**

The District Court should revoke Latray's supervised release and commit Latray to the custody of the United States Bureau of Prisons for 12 months and 1 day, with no supervised release to follow. Latray should serve her term of custody at FCI Dublin in Dublin, California.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and

may waive the right to appear and allocute before a district court judge.

DATED this 12th day of September, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge